UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____ :
                                    :
BARBARA HOUSE,                      :
              Plaintiff,            :     Civil Action No.: 09-CV-6568
                                    :
v.                                  :     ORDER CORRECTING NOTICE
                                    :     OF VOLUNTARY DISMISSAL
PATENAUDE & FELIX, APC,             :
                                    :
              Defendant.            :
_____ :

This matter having been opened to the Court by Brent F. Vullings, Esq., counsel for Plaintiff, seeking to correct Plaintiff's Notice of Voluntary Dismissal ("Notice") filed on January 14, 2010; it appearing that the Notice contained a typographical error, stating that the suit was dismissed "with prejudice"; it further appearing that Plaintiff's counsel intended for the Notice to read "without prejudice"; it appearing that defense counsel has not filed an opposition to Plaintiff's motion; it appearing that the Court considered the Certification of Plaintiff's counsel; and for good cause shown:

It is on this 15th day of April, 2010,

ORDERED that Plaintiff's Notice of Voluntary Dismissal is hereby corrected to reflect that the dismissal is without prejudice.

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.